165 So. 919

## Shafter KELLER v. STATE.
### 6 Div. 893.

Court of Appeals of Alabama.
Jan. 21, 1936.

BRICKEN, Presiding Judge.
Affirmed.

173 So. 921

## Edgar KELLEY v. STATE.
### 7 Div. 232.

Court of Appeals of Alabama.
Jan. 19, 1937.

RICE, Judge.
Affirmed.

165 So. 919

## Ralph KELLEY v. STATE.
### 7 Div. 175.

Court of Appeals of Alabama.
Jan. 21, 1936.

RICE, Judge.
Affirmed.

173 So. 921

## Earl KELLY v. STATE.
### 8 Div. 498.

Court of Appeals of Alabama.
March 16, 1937.

BRICKEN, Presiding Judge.
Affirmed.

171 So. 924

## W. N. KELTMER, alias Keltner, v. STATE.
### 6 Div. 55.

Court of Appeals of Alabama.
Dec. 15, 1936.

RICE, Judge.
Affirmed.

164 So. 920

## Will KENNEDY v. STATE.
### 5 Div. 970.

Court of Appeals of Alabama.
Nov. 26, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

167 So. 921

## Riley KEY v. STATE.
### 8 Div. 93.

Court of Appeals of Alabama.
April 7, 1936.

Joe Starnes, of Guntersville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

169 So. 910

## Steve KEY v. STATE.
### 8 Div. 312.

Court of Appeals of Alabama.
June 16, 1936.

SAMFORD, Judge.
Affirmed.